**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.  23-mc-00096-KAS

IN RE:

1.    $12,054.00 IN UNITED STATES CURRENCY;
2.    $7,800.00 IN UNITED STATES CURRENCY;
3.    $610.00 IN UNITED STATES CURRENCY;
4.    JEWELRY/PRECS ITEMS MORE SPECIFICALLY IDENTIFIED AS (20)
      ASSORTED U.S. COINS AND SILVER BARS;
5.    2017 GMC SIERRA DENALI, VIN: 3GTU29EJ6HG435985; AND
6.    GLOCK 48 9MM PISTOL WITH MAGAZINE AND AMMUNITION

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT
THE MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE**

---

COMES NOW Plaintiff United States of America (the "United States"), by and

through Acting United States Attorney Cole Finegan and Assistant United States

Attorney Tonya S. Andrews, and respectfully moves the Court for an order restricting

the *Motion for Extension of Time to File Complaint for Forfeiture* and affidavit, at a Level

2 restriction, limiting access to the employees of the United States Attorney's Office and

law enforcement agents.  In support of this Motion, the United States submits the

following:

1.    Said *Motion for Extension of Time to File Complaint for Forfeiture* has

been filed as a part of a continuing investigation.

2.    The release of the information in the Motion and affidavit in this matter

may substantially jeopardize the ongoing investigation, as well as related investigations,

based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3.      At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *Motion for Extension of Time to File Complaint for Forfeiture* be restricted at Level 2, until further order of the Court.

DATED this 11th day of January 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
303-454-0100
Email: tonya.andrews@usdoj.gov
*Attorney for the United States*